UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS H. CASTRO CARDENAS, an individual, on behalf of himself and others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>AARON'S, INC., and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 2:20-cv-01327-TLN-AC<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY PLAINTIFF'S PAGA CLAIMS**<br><br>Date:   September 17, 2020<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br><br>Date Action Filed: January 29, 2020 |

The Court, having considered the Parties' stipulated request to continue the hearing on Defendant's Motion to Compel Arbitration and to Stay Plaintiff's PAGA Claims ("Motion"), currently set for September 17, 2020, to October 1, 2020, and good cause appearing, hereby GRANTS the Parties' request. The hearing on Defendant's Motion is continued from September 17, 2020 to October 1, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 3, 2020

Troy L. Nunley
United States District Judge

1

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION / Case No. 2:20-cv-01327-TLN-AC