**KINGSLEY & KINGSLEY, APC**
DARREN M. COHEN, Esq., Cal. Bar No. 221938
dcohen@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903

Attorneys for Plaintiff and the Proposed Class

SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Timothy M. Hoppe (SBN 310999)
thoppe@seyfarth.com
Galen P. Sallomi (SBN 306743)
gsallomi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant AARON'S, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS H. CASTRO CARDENAS, an individual, on behalf of himself and all others similarly situated, | CASE NO.: 2:20-cv-01327-TLN-AC |
| PLAINTIFF, | **ORDER RE VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(E) AND 41(a)(1)** |
| v. | |
| AARON'S, INC.; and DOES 1 to 50, inclusive, | |
| DEFENDANTS. | |

1

ORDER RE VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(E) AND 41(a)(1)

## ORDER OF DISMISSAL

Pursuant to Plaintiff LUIS H. CASTRO CARDENAS and Defendant AARON'S, INC. request for Voluntary Dismissal under Federal Rules of Civil Procedure 23(e) and 41(a)(1), it is ordered that this action be, and hereby is, dismissed with prejudice as to Plaintiff's individual claims, without prejudice as to the putative members of the Proposed Class, and without prejudice as to the PAGA claim under Labor Code § 2699, *et seq*. against Defendant AARON'S, INC. with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

**IT IS SO ORDERED**.

DATED: May 31, 2023

_____
Troy L. Nunley
United States District Judge

2

ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(E) AND 41(a)(1)